KAREN S. FRANK (State Bar No. 130887)
THOMAS A. HARVEY (State Bar No. 235342)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-ksf@coblentzlaw.com,
         ef-tah@coblentzlaw.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC., *et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; ALLEY MUSIC CORP.; TRIO MUSIC COMPANY; FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; NIGHT GARDEN MUSIC, A DIVISION OF R.E.M./ATHENS, LTD.; TREMONTI STAPP MUSIC; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> ALEVAMARE, INC. d/b/a BOSCO'S BONES & BREW; ALLEN FENG and MARY TROUNG, each individually, <br><br> Defendants. | Case No. <br><br><br> **COMPLAINT** <br><br> Trial Date:     None Set |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

**JURISDICTION AND VENUE**

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

10670.004 3536957v1

**COMPLAINT**

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Universal — Songs of Polygram International, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Alley Music Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Trio Music Company, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Fourteenth Hour Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Springtime Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Night Garden Music is a division of R.E.M./Athens, Ltd. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Tremonti Stapp Music is a partnership owned by Scott A. Stapp and Mark T. Tremonti. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Reservoir Media Management Inc. is a corporation doing business as Reservoir 416, also known as Reservoir One America. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Defendant Alevamare, Inc. is a corporation organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as Bosco's Bones & Brew, located at 11922 Main Street, Sunol, CA 94586 in this district (the "Establishment").

14. In connection with the operation of the Establishment, Defendant Alevamare, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

15. Defendant Alevamare, Inc. has a direct financial interest in the Establishment.

16. Defendant Allen Feng is the President of Defendant Alevamare, Inc. with responsibility for the operation and management of that corporation and the Establishment.

17. Defendant Allen Feng has the right and ability to supervise the activities of Defendant Alevamare, Inc. and a direct financial interest in that corporation and the Establishment.

18. Defendant Mary Troung is a Vice President and Secretary of Defendant Alevamare, Inc. with responsibility for the operation and management of that corporation and the Establishment.

19. Defendant Mary Troung has the right and ability to supervise the activities of Defendant Alevamare, Inc. and a direct financial interest in that corporation and the Establishment.

**CLAIMS OF COPYRIGHT INFRINGEMENT**

20. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 19.

21. Since at least August 2013, BMI has reached out to Defendants 80 times, by phone, mail and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

10670.004 3536957v1

**COMPLAINT**

22. Plaintiffs allege five (5) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

23. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the five (5) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule):  Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

24. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

25. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

26. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

10670.004 3536957v1

**COMPLAINT**

27. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

28. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: September 12, 2016        COBLENTZ PATCH DUFFY & BASS LLP

By:  */s/*
THOMAS A. HARVEY
Attorneys for Plaintiffs
BROADCAST MUSIC, INC., et al.

10670.004 3536957v1

**COMPLAINT**

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Brown Eyed Girl |
| Line 3 | Writer(s) | Van Morrison |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 5/2/67 |
| Line 6 | Registration No(s). | Eu 993451 |
| Line 7 | Date(s) of Infringement | 1/22/16 |
| Line 8 | Place of Infringement | Bosco's Bones & Brew |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 2 | |
| Line 2 | Musical Composition | Hanky Panky | |
| Line 3 | Writer(s) | Jeff Barry; Ellie Greenwich | |
| Line 4 | Publisher Plaintiff(s) | Alley Music Corp.; Trio Music Company | |
| Line 5 | Date(s) of Registration | 4/2/90 | 9/12/62 |
| Line 6 | Registration No(s). | RE 477-335 | Eu 735869 |
| Line 7 | Date(s) of Infringement | 1/22/2016 | |
| Line 8 | Place of Infringement | Bosco's Bones & Brew | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Mustang Sally |
| Line 3 | Writer(s) | Bonny Rice |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. |
| Line 5 | Date(s) of Registration | 4/27/93          3/22/65 |
| Line 6 | Registration No(s). | RE 627-422      Eu 873659 |
| Line 7 | Date(s) of Infringement | 1/22/16 |
| Line 8 | Place of Infringement | Bosco's Bones & Brew |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Shiny Happy People |
| Line 3 | Writer(s) | William T. Berry; Peter Lawrence Buck; Mike Mills; Michael Stipe |
| Line 4 | Publisher Plaintiff(s) | Night Garden Music, A Division of R.E.M./Athens, Ltd. |
| Line 5 | Date(s) of Registration | 7/31/91 |
| Line 6 | Registration No(s). | PA 541-344 |
| Line 7 | Date(s) of Infringement | 1/22/16 |
| Line 8 | Place of Infringement | Bosco's Bones & Brew |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Arms Wide Open aka With Arms Wide Open |
| Line 3 | Writer(s) | Scott Stapp; Mark Tremonti |
| Line 4 | Publisher Plaintiff(s) | Scott A. Stapp and Mark T. Tremonti, a partnership d/b/a Tremonti Stapp Music; Reservoir Media Management Inc. d/b/a Reservoir 416 a/k/a Reservoir One America |
| Line 5 | Date(s) of Registration | 8/26/99 |
| Line 6 | Registration No(s). | PAu 2-427-758 |
| Line 7 | Date(s) of Infringement | 1/22/16 |
| Line 8 | Place of Infringement | Bosco's Bones & Brew |